UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| BRUD ROSSMANN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAN DANIELLO, JOHN DOE-1, JOHN DOE-2, JOHN DOE-3,<br><br>　　　　　Defendants. | 4:16-CV-04120-KES<br><br><br>JUDGMENT |

Pursuant to the Order Dismissing Complaint, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, Brud Rossmann.

Dated October 17, 2016.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　/s/ Karen E. Schreier
　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE